IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL SMITH,                                               No. CIV S-06-0669-FCD-CMK-P

    Plaintiff,

  vs.                                                              ORDER

J. TUGGLE, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's first amended complaint (Doc. 7). The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

        Plaintiff names the following as defendants: J. Tuggle; F. Clemmons; Joe Frans; Karen Wong; and M. Brown. Plaintiff claims that he and other inmates are forced to work under unsafe conditions. Plaintiff states that he is a member of the kitchen clean-up crew and that he is being exposed to toxic substances on a daily basis and that he was never given any training in handling these substances. Plaintiff also states that he was not provided with appropriate protective equipment. Plaintiff alleges that, as a result of exposure to these hazardous

1

substances, the skin on his hands began to peel off severely and that other inmates developed bad rashes.

Plaintiff states that defendants Tuggle and Clemmons were made aware of the above, but said that plaintiff would need to obtain a "chrono" from the medical staff to the effect that he could not work with the chemicals.  According to plaintiff, the medical staff informed defendant Clemmons that such chronos are not issued and that the kitchen officers need to approve plaintiff for a job transfer or plaintiff needs to quit the job.  Plaintiff also asserts, however, that if he quit his job he would have been guilty of a rules violation.  He also asserts that defendant Clemmons would not approve a job transfer.  Finally, plaintiff alleges that each named defendant was aware of the health hazards associated with toxic substances in the kitchen and the unavailability of safety equipment and training.  Plaintiff seeks "exemplary damages."

The first amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order.  Plaintiff is warned that failure to comply with this order may result in dismissal of the action.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant(s):

TUGGLE,

CLEMMONS,

FRANS,

WONG, and

BROWN;

  2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the first amended complaint (Doc. 7); and

  3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. Five completed USM-285 form(s); and

   d. Six copies of the endorsed first amended complaint.

DATED: September 28, 2006.

              */s/ Craig M. Kellison*
              **CRAIG M. KELLISON**
              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DARRYL SMITH,                               No. CIV S-06-0669-FCD-CMK-P
       Plaintiff,
  vs.
J. TUGGLE, et al.,
       Defendants.
                           /

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

Plaintiff hereby submits the following documents in compliance with the court's order:

    <u> 1 </u>    completed summons form;
    <u>    </u>    completed USM-285 form(s); and
    <u>    </u>    copies of the first amended complaint.

DATED: _____          _____
                                                                   Plaintiff