IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL SMITH, | No. CIV S-06-0669-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| J. TUGGLE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 19), filed on January 22, 2007. Plaintiff seeks an extension of time to respond to defendants' motion to dismiss. Good cause appearing therefor, the request will be granted. Plaintiff may file a response within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: January 25, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1