IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL SMITH, | No. CIV S-06-0669-FCD-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| J. TUGGLE, et al., | |
|     Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 23), filed on March 23, 2007, to respond to defendants' motion to dismiss. Plaintiff, however, filed an opposition to defendants' motion on February 6, 2007, and the court has issued findings and recommendations regarding defendants' motion. Therefore, the court construes the instant motion as a request for additional time to file objections to the findings and recommendations. Good cause appearing therefor, this request will be granted. Plaintiff may file objections within 30 days of the date of this order.

///

///

1

1       IT IS SO ORDERED.

2

3 DATED: April 18, 2007.

4

5                                       **CRAIG M. KELLISON**
6                                       UNITED STATES MAGISTRATE JUDGE